IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC LAMBERTY, ET AL. | : | No. 3:15-cv-00378 (VAB) |
|    *Plaintiffs*, | : | |
| | : | |
|    v. | : | |
| | : | |
| CONNECTICUT STATE POLICE UNION ET AL. | : | |
|    *Defendants*. | : | MARCH 9, 2016 |

**CONSENT MOTION FOR EXTENSTION OF TIME
TO RESPOND TO THE SECOND AMENDED COMPLAINT**

     Pursuant to Rule 6(b)(1) of the Local Rules of Civil Procedure and Rule 6(b) of the Federal Rules of Civil Procedure, the State Defendants, Kevin Lembo, Benjamin Barnes, Lisa Grasso Egan and Sandra Fae Brown-Brewton (collectively, the "State Defendants"), hereby respectfully request an extension of time to respond to the Second Amended Complaint until thirty (30) days after the Court decides whether to stay this case pending the Supreme Court's decision in *Friedrichs v. California Teachers Association, et al.*, Docket No. 14-915, or thirty (30) days after any stay is lifted, whichever is later.  The undersigned has contacted counsel for the Plaintiffs, Attorney Sarah Hartsfield, who consents to the granting of this motion.  In support of this motion, State Defendants represent as follows:

     (1)     On February 24, 2016, this Court held a status conference during which the Court indicated that it was inclined to stay this case until the Supreme Court issues its decision in *Friedrichs*, and requested that the parties submit briefs on that issue.

     (2)     Following the status conference, State Defendants and Plaintiffs filed a Joint Stipulation regarding the extent to which Plaintiffs seek certain relief against State Defendants in this case.  (Doc. No. 44).  Because that stipulation obviated the need for a motion to dismiss the

Second Amended Complaint that State Defendants had intended to file, State Defendants sought and obtained a thirty day extension to file their Answer. (Doc. Nos. 45 and 46).

(3) Upon further reflection and consideration of the stay issue raised by the Court, State Defendants believe that it would make more sense, and would promote judicial economy and preserve resources, if State Defendants are permitted to file their Answer to the Second Amended Complaint no later than thirty (30) days after the Court decides whether it will stay this case or thirty (30) days after any stay is lifted, whichever is later. If the Court ultimately stays the case, then State Defendants will be better positioned to Answer the Second Amended Complaint (or any subsequent complaint) based on the post-*Friedrichs* legal landscape. And if the Court does not stay the case, neither Plaintiffs nor the progression of this case will be prejudiced by the short delay in waiting for this Court to make that decision.

(4) Counsel for Plaintiffs, Attorney Sarah Hartsfield, consents to this motion.

WHEREFORE, State Defendants respectfully request an order permitting them to file their Answer to the Second Amended Complaint no later than thirty (30) days after this Court decides whether to issue a stay or thirty (30) days after any stay is lifted, whichever is later.

Respectfully submitted,

STATE DEFENDANTS

GEORGE JEPSEN
ATTORNEY GENERAL

BY: */s/ Michael Skold*
Michael K. Skold (ct28407)
Assistant Attorney General
Attorney General's Office
55 Elm Street
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Michael.Skold@ct.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of March, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                     */s/ Michael Skold*
                                     Michael K. Skold
                                     Assistant Attorney General