IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

MARC LAMBERTY, ET AL.    :      CIVIL ACTION NO. 3:15-cv-00378-VAB

                    :

      v.               :

                    :

CONNECTICUT STATE    :
POLICE UNION, ET AL.    :      SEPTEMBER 22, 2017

## MOTION FOR LEAVE TO FILE SURREPLY IN
## OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Lembo moves for leave to file the appended surreply brief in opposition to motion for partial summary judgment, on the following grounds:

1.     Plaintiffs' initial brief in support of their motion for partial summary judgment, dated April 11, 2017, was based on the absence of any <u>Hudson</u> notice to them and accordingly the absence of meeting the requirements of a <u>Hudson</u> notice.

2.     The briefs of defendants Lembo and Connecticut State Police Union (CSPU) in opposition to the motion for partial summary judgment, dated June 14 and 15, 2017, respectively, were in turn based on the issuance of a <u>Hudson</u> notice meeting the requirements of such notice.

3.     Plaintiffs' reply brief introduced entirely new issues as to the notice relied on by defendants, <u>viz.,</u> its issuance prior to plaintiffs' resignations from the union, its

general publication rather than notice to potential objectors, and its contents not meeting the requirements of a <u>Hudson</u> notice.

4.      Since the reply brief raises for the first time claims in response to a specific notice relied on by defendants that were not addressed in defendants' initial opposition to plaintiffs' motion, defendant Lembo seeks the opportunity to address those claims by the appended surreply brief.

WHEREFORE, defendant Lembo moves for leave to file the appended surreply brief.

Respectfully submitted this 22nd day of September, 2017.

DEFENDANT KEVIN LEMBO

GEORGE JEPSEN
ATTORNEY GENERAL

Philip M. Schulz
Assistant Attorney General

BY:   /s/ Richard T. Sponzo_____
      Richard T. Sponzo
      Assistant Attorney General
      Federal Bar No. ct08563
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5050
      Fax:  (860) 808-5388
      richard.sponzo@ct.gov

## CERTIFICATION

This is certify that on September 22, 2017, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system and/or by mail and e-mail to the following.  Parties may access this filing through the Court's CM/ECF System.

W. James Young, Esq.
c/o National Right to Work
Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VA 22151
wjy@nrtw.org

Mark Dumas, Esq.
Connecticut State Police Union
500 Main Street
East Hartford, CT 06118
mdumas@cspunion.org

Marc P. Mercier, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
mmercier@beckeldergill.com

/s/ Richard T. Sponzo
Richard T. Sponzo
Assistant Attorney General

3