IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARC LAMBERTY ET AL.,<br><br>     Plaintiffs,<br><br>v.<br><br>CONNECTICUT STATE POLICE UNION ET AL.,<br><br>     Defendants. | CASE NO. 3:15-CV-00378 (VAB)<br><br>NOTICE REGARDING ORAL ARGUMENT IN JANUS V. AFSCME<br><br>DATED: 10 January 2018 |

PLEASE TAKE NOTICE, pursuant to this Court's Minute Entry dated 18 October 2017 (ECF No. 130), that the United States Supreme Court will hear oral argument in *Janus v. AFSCME*, Case No. 16-1466, on Monday, 26 February 2018.

DATED: 10 January 2018

Respectfully submitted,

/s/ W. James Young

W. JAMES YOUNG, Esq.
Federal Juris Number — CT-26012
c/o National Right to Work Legal
     Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Telephone — (703) 321-8510
Facsimile — (703) 321-9319
E-Mail — wjy@nrtw.org

MARC P. MERCIER, Esq.
Federal Juris Number — CT -10886
Beck & Eldergill, P.C.
447 Center Street
Manchester, Connecticut  06040
Telephone — (860) 646-5606
Facsimile — (860) 646-0054
E-Mail — mmercier@beckeldergill.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **PLAINTIFFS NOTICE REGARDING ORAL ARGUMENT IN *JANUS v. AFSCME*,** using the CM/ECF system which will send notification of such filing to all counsel of record, this 10h day of January, 2018.

           /s/ W. James Young

           W. JAMES YOUNG

H:\WP\Connecticut Cases\Lamberty.SEH\Summary Judgment\Janus Notice.wpd
Wednesday, 10 January 2018, 16:42:30, E.D.T.