# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC LAMBERTY, ET AL. | : | No. 3:15-cv-00378 (VAB) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT STATE POLICE UNION ET AL. | : | |
| *Defendants*. | : | MAY 30, 2018 |

## MOTION TO WITHDRAW THE APPEARANCE OF MARK DUMAS

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned, Mark Dumas of the Dumas Law Firm, respectfully requests this Court's permission to withdraw his appearance as counsel of record for Defendant Connecticut State Police Union ("Union"), in the above-captioned case. In support thereof, the undersigned represents the following:

1. The undersigned has previously represented the Union as in-house counsel, but has resigned that position to accept another position and will no longer be associated with the Union.

2. The Union has provided their consent to the withdrawal and has retained outside counsel to represent them in this matter.

3. The undersigned anticipates having no further involvement as legal counsel in this case.

4. The Union continues to be represented by Attorney Jeffery L. Ment of the Ment Law Group, who appeared in this case on May 23, 2018 (Entry No. 141).

5. On May 24, 2018, notice of this Motion was sent by certified mail to the Union.

2

WHEREFORE, the undersigned respectfully requests that this Court grant his motion to withdraw his appearance on behalf of Defendant Connecticut State Police Union in the above-captioned case.

Respectfully,
MARK DUMAS
Counsel for Defendant,
Connecticut State Police Union

BY: /s/ Mark Dumas
Mark Dumas (ct27305)
Dumas Law Firm
167 Cherry Street #107
Milford, CT 06460
(203) 275-9010
mark@dumaslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Mark Dumas*
                                              Mark Dumas