# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARC LAMBERTY, JOSEPH MERCER, CARSON KONOW, and COLLIN KONOW,<br>    *Plaintiffs*,<br><br>v.<br><br>CONNECTICUT STATE POLICE UNION, KEVIN LEMBO,<br>*Comptroller, State of Connecticut*,<br>BENJAMIN BARNES,<br>*Secretary of Office of Policy and Management, State of Connecticut*, and<br>SANDRA FAE BROWN-BREWTON,<br>*Undersecretary of Labor Relations for the Office of Labor Relations, State of Connecticut*,<br>    *Defendants*. | No. 3:15-cv-378 (VAB) |

## ORDER TO AMEND CASE CAPTION

Appointed by Connecticut Governor Ned Lamont, effective January 9, 2019, Melissa McCaw is now the Secretary of the Office of Policy and Management for the State of Connecticut.[1]

Under Rule 25(d) of the Federal Rules of Civil Procedure, when a party in an official capacity resigns or otherwise ceases to hold office, while the action is pending, the officer's successor is automatically substituted as a party, regardless of the party's failure to so move or to amend the case caption. FED. R. CIV. P. 25(d). The Court also may also order the substitution of a

---

[1] *See Meet the Secretary*, STATE OF CONN. OFFICE OF POLICY & MGMT., https://portal.ct.gov/OPM/Secr-General/General/Meet-the-Secretary (accessed Aug. 31, 2019); Press Release, Office of Governor Ned Lamont, Gov.-Elect Lamont Announces Ryan Drajewicz as Chief of Staff, Melissa McCaw as OPM Secretary (Dec. 4, 2018), https://portal.ct.gov/Office-of-the-Governor/News/Press-Releases/2018/Gov-Elect-Lamont-Announces-Ryan-Drajewicz-as-Chief-of-Staff-and-Melissa-McCaw-as-OPM-Secretary.

party at any time. *See Williams v. Annucci*, 895 F.3d 180, 187 (2d Cir. 2018); *Tanvir v. Tanzin*, 894 F.3d 449, 459 n.7 (2d Cir. 2018).

The Clerk of the Court is respectfully directed to amend the docket and case caption to reflect that "Melissa McCaw, Secretary of Office of Policy and Management, State of Connecticut" has been automatically substituted for "Benjamin Barnes, Secretary of Office of Policy and Management, State of Connecticut."

**SO ORDERED** at Bridgeport, Connecticut, this 6th day of September, 2019.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE